RECEIVED
ENTERED                    SERVED ON
                    COUNSEL/PARTIES OF RECORD

MAY 17 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### District of __NEVADA__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:16-CR-0028-LRH-WGC |
| ) | |
| __DENNIS RAY SAM__ ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Bruce R. Thompson Courthouse and Federal Building<br>400 S. Virginia Street<br>Reno, Nevada 89501<br>Honorable Valerie P. Cooke, U.S. Magistrate Judge | Courtroom No.: | 1 ~ 4th Floor |
|---|---|---|---|
| | | Date and Time: | **May 18, 2016 at 3:00 p.m.** |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   __May 17, 2016__

_____
*Judge's signature*

Valerie P. Cooke, United States Magistrate Judge
_____
*Printed name and title*