# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS RAY SAM,<br><br>Defendant. | Case No. 3:16-cr-00028-LRH-WGC<br><br>**ORDER** |

Based on the parties' Stipulation for for a Protective Order, and good cause appearing therefore, the Court hereby GRANTS a Protective Order to limit disclosure to the public, or any third party not directly related to this case, the psychological evaluation of the individual identified in the Indictment as "R.T.," any information/documents/materials already provided as discovery to the defendant in this case and any discovery subsequently provided to the defendant in this case that summarizes, references, or purports to reiterate any portion of said evaluation (collectively, "the protected information").

IT IS FURTHER ORDERED that, without leave of Court, the parties to this matter, defined herein for the matters of this protective order as the government and/or its agents, counsel for the defendant, as well as employees of counsel for the defendant, shall not:

   a. make copies for, or allow copies of any kind to be made by any other person of the protected information;

   b. allow any other person to read the protected information; and

1

      c. use the protected information for any other purpose other than preparing to defend against the charges in the Indictment or any further Superseding Indictment arising out of this case.

IT IS FURTHER ORDERED that the parties inform the Court any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

IT IS FURTHER ORDERED that upon conclusion of this action, the defendant's attorney(s) return to the government, or destroy and certify to government counsel the destruction of the protected information, within a reasonable time, not to exceed sixty (60) days after the last appeal or petition for post-conviction relief is final.

Based on the foregoing, IT IS THEREFORE ORDERED the parties' stipulation and request for a Protective Order is hereby GRANTED, consistent with this Order.

Dated this 18th day of September, 2017.

_____
HON. LARRY R. HICKS
UNITED STATES DISTRICT JUDGE